UNITED STATES DISTRICT COURT
In the Eastern District of Virginia
Richmond Division

| | |
|---|---|
| COURTHOUSE NEWS SERVICES ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-00460-HEH |
| ) | |
| KARL R. HADE, in his official capacity as ) | |
| Exec. Sec'y of the Office of Exec. Sec'y of the ) | |
| Supreme Ct. of Va., *et al.* ) | |
| ) | |
| *Defendants.* ) | |

### **DEFENDANT KARL R. HADE'S RULE 12(b)(1) MOTION TO DISMISS**

Defendant Karl R. Hade, by counsel and pursuant to Federal Rule 12(b)(1), hereby moves to dismiss this action for lack of subject matter jurisdiction. The reasons supporting his motion are set forth in an accompanying, contemporaneously filed memorandum of law.

                                              Respectfully submitted,

                                              EXECUTIVE SECRETARY KARL R. HADE

                                              By: */s/ Robert B. McEntee, III*
                                                     Counsel

| | |
|---|---|
| Mark R. Herring | Robert B. McEntee, III (VSB No. 89390)* |
| Attorney General | Erin R. McNeill (VSB No. 78816)* |
| | Assistant Attorneys General |
| Samuel T. Towell | Office of the Attorney General |
| Deputy Attorney General | 202 North Ninth Street |
| | Richmond, Virginia 23219 |
| Marshall H. Ross | Telephone: (804) 786-8198 (McEntee) |
| Senior Assistant Attorney General/ | Telephone: (804) 317-0977 (McNeill) |
| Trial Section Chief | Facsimile: (804) 371-0200 |
| | rmcenteeiii@oag.state.va.us |
| Jacqueline C. Hedblom | emcneill@oag.state.va.us |
| Assistant Attorney General/Unit Manager | **Counsel of Record for Defendant Karl R. Hade* |

1

**CERTIFICATE OF TRANSMISSION**

      I hereby certify that on August 10, 2021, I will electronically file the foregoing Rule 12(b)(1) Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

*/s/ Robert B. McEntee, III*