UNITED STATES DISTRICT COURT
For the Eastern District of Virginia
Richmond Division

| | |
|---|---|
| COURTHOUSE NEWS SERVICES )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>KARL R. HADE, in his official capacity as )<br>Exec. Sec'y of the Office of Exec. Sec'y of the )<br>Supreme Ct. of Va., *et al.* )<br>)<br>*Defendants*. ) | Civil Action No. 3:21-cv-00460-HEH |

### DEFENDANT KARL R. HADE'S RULE 12(b)(6) MOTION TO DISMISS

Defendant Karl R. Hade, by counsel and pursuant to Federal Rule 12(b)(6), hereby moves to dismiss Plaintiff's Complaint for failure to state either a claim or facts upon which relief may be granted. The reasons supporting this motion are set forth in an accompanying, contemporaneously filed memorandum of law.

                                            Respectfully submitted,

                                            EXECUTIVE SECRETARY KARL R. HADE

                                            By: */s/ Robert B. McEntee, III*
                                                      Counsel

| | |
|---|---|
| Mark R. Herring<br>Attorney General | Robert B. McEntee, III (VSB No. 89390)*<br>Erin R. McNeill (VSB No. 78816)*<br>Assistant Attorneys General |
| Samuel T. Towell<br>Deputy Attorney General | Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219 |
| Marshall H. Ross<br>Senior Assistant Attorney General/<br>Trial Section Chief | Telephone: (804) 786-8198 (McEntee)<br>Telephone: (804) 317-0977 (McNeill)<br>Facsimile: (804) 371-0200<br>rmcenteeiii@oag.state.va.us |
| Jacqueline C. Hedblom<br>Assistant Attorney General/Unit Manager | emcneill@oag.state.va.us |

1

*Counsel of Record for Defendant Karl R. Hade*

## CERTIFICATE OF TRANSMISSION

      I hereby certify that on August 10, 2021, I will electronically file the foregoing Rule 12(b)(6) Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

<u>/s/ Robert B. McEntee, III</u>