**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

COURTHOUSE NEWS SERVICE,      )
                              )
                Plaintiff,    )
                              )
v.                            )      Civil Action No. 3:21cv460–HEH
                              )
KARL R. HADE, *et al.*,       )
                              )
                Defendants.   )

## ORDER
**(Granting Motion to Reschedule Initial Pretrial Conference; Setting Hearing on Motions to Dismiss; and Denying as Moot Motions to Dismiss)**

THIS MATTER is before the Court on the parties' Joint Motion to Reschedule Initial Pretrial Conference (ECF No. 31) which is set for December 2, 2021. The parties represent that Plaintiff Courthouse News Service's trial counsel will be traveling and unavailable on that date. Therefore, upon due consideration, the Motion is GRANTED. The Initial Pretrial Conference is RESCHEDULED to December 21, 2021. In addition, the Court will hear argument on Defendants Karl R. Hade and Jacqueline C. Smith's Motions to Dismiss (ECF Nos. 22, 24, 26) on December 21, 2021 at 10:00 a.m. The Initial Pretrial Conference will immediately follow the motion hearing.

Defendant Hade previously filed Motions to Dismiss on August 10, 2021 (ECF Nos. 13, 16). The parties subsequently filed a Consent Motion to allow Plaintiff to file an Amended Complaint and implement a new briefing schedule, which this Court granted on August 18, 2021 (ECF No. 20). Plaintiff filed her Amended Complaint on September 14, 2021 (ECF No. 21). "It is well settled that an amended pleading

supersedes the original pleading, and motions directed at superseded pleadings are to be denied as moot." *Searls v. Sandia Corp.*, No. 1:14cv578, 2014 WL 12614485, at *1 (E.D. Va. July 15, 2014) (citing *Young v. City of Mount Rainier*, 238 F.3d 567, 573 (4th Cir. 2001) ("[A]n amended pleading supersedes the original pleading, rendering the original pleading of no effect.")).  Therefore, it appearing appropriate to do so, Defendant Hade's Motions (ECF Nos. 13, 16) are DENIED AS MOOT.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/

Henry E. Hudson
Senior United States District Judge

Date: **Nov. 16, 2021**
Richmond, Virginia

2