IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>      Plaintiff,<br><br>v.<br><br>KARL R. HADE, *et al.*,<br><br>      Defendants. | Civil Action No. 3:21-cv-00460-HEH |

## **MOTION TO WITHDRAW**

In accordance with Local Civil Rule 83.1(G), Heather S. Goldman respectfully moves the Court to permit her to withdraw as counsel of record for Courthouse News Service. Courthouse News Service will continue to be represented by Jonathan Ginsberg and Adam Shaw of Bryan Cave Leighton Paisner, LLP, who have already noticed their appearance as counsel. Notice of this Motion has been provided to the Client.

Dated: November 18, 2021

Respectfully submitted,

  /s/ *Adam L. Shaw*
Adam L. Shaw (VSB No. 89559)
  /s/ *Heather S. Goldman*
Heather S. Goldman (admitted *pro hac vice*)
**Bryan Cave Leighton Paisner LLP**
1155 F Street, NW, Suite 700
Washington, DC 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
adam.shaw@bclplaw.com
heather.goldman@bclplaw.com

2

Jonathan E. Ginsberg (admitted *pro hac vice*)
**Bryan Cave Leighton Paisner LLP**
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
jon.ginsberg@bclplaw.com

*Counsel for Courthouse News Service*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                     */s/ Adam L. Shaw*
                     Adam L. Shaw