IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

COURTHOUSE NEWS SERVICE,         )
                                 )
         Plaintiff,              )
                                 )
v.                               )    Civil Action No. 3:21cv460–HEH
                                 )
KARL R. HADE, et al.,            )
                                 )
         Defendants.             )

## ORDER
(Resolving Defendants' Motions to Dismiss)

THIS MATTER is before the Court on Defendant Karl Hade's ("Defendant Hade") Motions to Dismiss (ECF Nos. 22, 24) and Defendant Jacqueline Smith's (collectively "Defendants") Motion to Dismiss (ECF No. 26). For the reasons set forth in the accompanying Memorandum Opinion, Defendant Hade's Motion to Dismiss (ECF No. 22) is DENIED. Defendants' Motions to Dismiss (ECF Nos. 24, 26) are GRANTED IN PART. Specifically, the Court GRANTS the Motions to Dismiss as to Count Three of the Amended Complaint. In all other respects, Defendants' Motions to Dismiss (ECF Nos. 24, 26) are DENIED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                          /s/
                              _____
                              Henry E. Hudson
                              Senior United States District Judge

Dated: January 14, 2022
Richmond, Virginia