UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-00460-HEH |
| | ) |
| KARL R. HADE, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that the following enters their appearance as counsel of record for Courthouse News Service in the above-captioned matter:

> Dabney J. Carr, IV (VSB No. 28679)
> dabney.carr@troutman.com
> TROUTMAN PEPPER HAMILTON SANDERS LLP
> P.O. Box 1122
> Richmond, Virginia 23218-1122
> Telephone: (804) 697-1238
> Facsimile: (804) 697-1339

**COURTHOUSE NEWS SERVICE**

By: ___/s/ DabneyJ. Carr_____
      Of Counsel

Jessica R. Blaemire (VSB No. 96356)
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, NW, Suite 700
Washington, DC 20004
Telephone: (202) 508-6357
Fax: (202) 508-6200
jessica.blaemire@bclplaw.com

Jonathan E. Ginsberg (admitted *pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Fax: (212) 541-1430
jon.ginsberg@bclplaw.com

Dabney J. Carr (VSB No. 28679)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1238
Fax: (804) 697-1339
dabney.carr@troutman.com

Counsel for Plaintiff Courthouse News Service