IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>   Plaintiff,<br><br>v.<br><br>KARL R. HADE, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 3:21cv460–HEH<br>)<br>)<br>)<br>)<br>) |

**ORDER**
**(Continuing Trial Date)**

THIS MATTER is currently set for a bench trial on September 29, 2022. The Court has determined that a continuance is necessary. Therefore, the bench trial is CONTINUED to November 10, 2022 at 9:00 a.m.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                       /s/
                     Henry E. Hudson
                     Senior United States District Judge

Dated: Sept. 9, 2022
Richmond, Virginia