FILED: May 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2110
(3:21-cv-00460-HEH)

_____

COURTHOUSE NEWS SERVICE

        Plaintiff - Appellant

v.

JACQUELINE C. SMITH, in her official capacity as Clerk of the Circuit Court for Prince William County, Virginia

        Defendant - Appellee

and

COMMONWEALTH OF VIRGINIA

        Intervenor/Defendant - Appellee

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 38 MEDIA ORGANIZATIONS

        Amicus Supporting Appellant

_____

M A N D A T E

_____

The judgment of this court, entered January 22, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Nwamaka Anowi, Clerk