IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

COURTHOUSE NEWS SERVICE, )
)
      Plaintiff, )
)
v. )   Civil Action No. 3:21-cv-460–HEH
)
KARL R. HADE, *et al.*, )
)
      Defendants. )

**ORDER**
**(Dismissing Claim Without Prejudice)**

THIS MATTER is before the Court on remand from the United States Court of Appeals for the Fourth Circuit. (ECF No. 100.) The Fourth Circuit vacated the Court's ruling on Count II and directed that Plaintiff Courthouse News Service's ("Courthouse News") claim challenging the Dissemination Restriction (Count II) be dismissed without prejudice because Courthouse News lacks standing to bring such a claim. (ECF No. 96 at 27–28, 30.) In accordance with the Fourth Circuit's directive, Count II is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                            /s/
                                     Henry E. Hudson
                                     Senior United States District Judge

Date: May 19, 2025
Richmond, Virginia